No. 03–21109.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

DECIDED: April 8, 2004.

Gordon Johnson, Amarillo, TX, pro se.

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

UNITED STATES of America, Plaintiff–Appellee,

v.

Michael T. JOHNSON, Defendant–Appellant.

No. 03–30905.

United States Court of Appeals,
Fifth Circuit.

DECIDED: April 8, 2004.

Cristina Walker, Assistant US ttorney, US Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Rebecca L Hudsmith, Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

Summary Calendar

PER CURIAM.*

Michael T. Johnson entered a conditional guilty plea to being a felon in possession of a firearm, reserving the right to appeal the district court's denial of his motion to suppress the evidence seized from his residence. He argues that the Government failed to meet its burden to prove that he freely and voluntarily consented to the search of his residence. A review of the evidence presented at the evidentiary

---

hearing on the motion to suppress indicates that the district court did not clearly err in finding that Johnson freely and voluntarily consented to the search of the residence. *See United States v. Tompkins*, 130 F.3d 117, 120 (5th Cir.1997). Therefore, the district court's judgment is AFFIRMED.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.